AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Bullion Direct, Inc. <br><br> *Plaintiff* <br><br> v. <br><br> Hon. David J. Kappos <br><br> *Defendant* | ) ) ) ) ) ) ) ) |

Case: 1:10-cv-00313
Assigned To : Huvelle, Ellen S.
Assign. Date : 2/26/2010
Description: Admn. Agency Review

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Attorney General of the United States
    United States Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Craig G. Falls
    Dechert LLP
    1775 I Street NW
    Washington, DC 2006-2401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 2/26/10

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Attorney General of the United States
was received by me on *(date)* 06/22/2010 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Copies of the summons and complaint were sent by U.S. Certified Mail to the Attorney General of the United States on June 24, 2010 per Fed. R. Civ. P. 4(i).

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/24/2010

*Charles J. Baker*
*Server's signature*

Charles Baker, Paralegal, Dechert LLP
*Printed name and title*

1775 I Street NW
Washington, D.C. 20006-2401
*Server's address*

Additional information regarding attempted service, etc:





Home | Help | Sign In

**Track & Confirm**    **FAQs**

## Track & Confirm

### Search Results

Label/Receipt Number: **7009 0960 0000 9972 1131**
Class: **Priority Mail®**
Service(s): **Certified Mail™**
             **Return Receipt**
Status: **Delivered**

Your item was delivered at 5:08 AM on June 28, 2010 in WASHINGTON, DC 20530.

Detailed Results:

- **Delivered, June 28, 2010, 5:08 am, WASHINGTON, DC 20530**
- **Notice Left, June 27, 2010, 9:30 am, WASHINGTON, DC 20530**
- **Arrival at Unit, June 27, 2010, 8:24 am, WASHINGTON, DC 20022**
- **Acceptance, June 24, 2010, 3:34 pm, WASHINGTON, DC 20006**

**Track & Confirm**
Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   Go >

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

**Copyright© 2010 USPS. All Rights Reserved.**    No FEAR Act EEO Data    FOIA